## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Chrome Hearts LLC

                                  Plaintiff,

v.                                        Case No.: 1:13−cv−04784

                                                 Honorable Amy J. St. Eve

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 10, 2013:

      MINUTE entry before Honorable Amy J. St. Eve: Motion hearing held on 7/10/2013. Plaintiff's ex parte motion for entry of a (1) temporary restraining order, (2) domain name transfer order,(3) asset restraining order, (4) expedited discovery order and (5) service of process by email and electronic publication order [6] is granted. Status hearing set for 7/22/2013 at 08:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.